**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **KENDALL OLIN-MARQUEZ**, on behalf of herself and others similarly situated, | |
| Plaintiff, | Case No. 2:21-cv-996 |
| v. | Judge Edmund A. Sargus, Jr. |
| | Magistrate Judge Chelsey M. Vascura |
| **ARROW SENIOR LIVING MANAGEMENT, LLC**, | |
| Defendant. | |

| | |
|---|---|
| **DEBORAH ROBERTS**, *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 2:22-cv-3267 |
| v. | Judge Edmund A. Sargus, Jr. |
| | Magistrate Judge Chelsey M. Vascura |
| **ARROW SENIOR LIVING MANAGEMENT, LLC**, | |
| Defendant. | |

**ORDER APPROVING JOINT MOTION TO CONSOLIDATE CASES FOR PURPOSES OF SETTLEMENT APPROVAL**

This matter is before the Court on the parties' Joint Motion to Consolidate Cases for Purposes of Settlement Approval ("Joint Motion") pursuant to Fed. R. Civ. P. 42. (ECF No. 87.) The Joint Motion asks the Court to consolidate *Olin-Marquez v. Arrow Senior Living Management, LLC*, Case No. 2:21-cv-996 with *Roberts v. Arrow Senior Living Management, LLC*, Case No. 2:22-cv-03267, for purposes of the parties moving for Court approval of a global settlement reached between the parties that resolves all claims in both cases.

1

Having reviewed the Joint Motion and for good cause established therein, the Court hereby **GRANTS** the Joint Motion (ECF No. 87) and orders that *Olin-Marquez v. Arrow Senior Living Management, LLC*, Case No. 2:21-cv-996 and *Roberts v. Arrow Senior Living Management, LLC*, Case No. 2:22-cv-03267 are hereby consolidated for purposes of the parties moving for settlement approval.

This case shall remain open.

**IT IS SO ORDERED.**

**9/15/2022**  **s/Edmund A. Sargus, Jr.**
**DATE**      **EDMUND A. SARGUS, JR.**
              **UNITED STATES DISTRICT JUDGE**